| | |
|---|---|
| **DEFENDANT:** | OSWALDO LOZADA-SOLIS |
| **AGE or YOB:** | 2000 |
| **COMPLAINT FILED?** | X  Yes     ___ No |
| | If Yes, MAGISTRATE CASE NUMBER: 24-m-00j137-KAS |

**HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?**  X  Yes     __ No
   If No, a new warrant is required

| | |
|---|---|
| **OFFENSE(S):** | Count 1:  Hobbs Act Robbery, 18 U.S.C. 1951(b)(1); 1951(a) and 2 |
| | Count 2: Brandishing a Firearm in Furtherance of a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii) and 2 |
| **LOCATION OF OFFENSE:** | Denver, Colorado |
| **PENALTY:** | Count 1:  NMT 20 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment. |
| | Count 2:   NLT 7 years imprisonment, consecutive to any other sentence, NMT life imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| **AGENT:** | Bri Monson, Special Agent, HSI |
| **AUTHORIZED BY:** | Leah Perczak, Special Assistant U.S. Attorney |

**ESTIMATED TIME OF TRIAL:**

 X  five days or less; __ over five days

**THE GOVERNMENT**

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.