IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-247-NYW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    OSWALDO LOZADA-SOLIS
2.    JESUS DANIEL LARA DEL TORO
3.    JEAN FRANCO TORRES-ROMAN
4.    EDWUIMAR NAZARETH COLINA-ROMERO

      Defendants.

---

## MOTION FOR PROTECTIVE ORDER

---

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States respectfully moves for entry of a protective order governing the disclosure and handling of personal identifying information and other sensitive information produced in this case. In support of this motion, the Government states as follows:

1.    The Indictment charges the defendants with crimes related to an armed robbery of a jewelry store and the unlawful possession of firearms, under 18 U.S.C. §1951, 18 U.S.C. § 924(c) and possession of stolen goods, under 18 U.S.C. § 2314.

2.    Records and evidence in this case contain personal identifying information and other sensitive information pertaining to certain victims and

1

witnesses of the charged crimes.  Several victims and witnesses are juveniles, and the United States seeks to protect this information from misuse and proposes the attached Protective Order to limit and otherwise govern disclosure and use of this information.

3.      Complete redaction of this sensitive information is impracticable because it would prevent disclosure of information relevant to the case and would unnecessarily complicate the review of discovery. Additionally, there is both surveillance and body worn camera footage that contains personally identifiable information about these victims and witnesses, so it is not feasible to redact every instance of such information.

4.      Undersigned counsel has conferred with counsel for defendants Oswaldo Lozada-Solis, Jean Torres-Roman and Edwuimar Colina-Romero, who agree to the proposed order. Undersigned counsel has not received a response as of the date of this filing from counsel for Jesus Lara del Toro.

WHEREFORE, the Government requests entry of a protective order implementing the procedures set forth in the attached proposed protective order.

Respectfully submitted:

MATTHEW T. KIRSCH
Acting United States Attorney

By: */s/ Leah Perczak*
Leah Perczak
Special Assistant United States
Attorney
United States Attorney's Office

2

1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: leah.perczak@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/Leah Perczak*
Special Assistant United States
Attorney
United States Attorney's Office