# GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DOWNWARD VARIANCE

**Exhibit 2**
**Joyeria El Ruby Store Surveillance Video 06/24/2024**
**INV_00000295**