# GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DOWNWARD VARIANCE

**Exhibit 3**
**Joyeria El Ruby Store Surveillance Video 06/24/2024**
**INV_00000415**